## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Bryce Nelson,

        Plaintiff,          Civil No. 09-856 (RHK/RLE)

vs.          **ORDER**

Eastern Asset Management LLC, et al.,

        Defendants.

---

This matter is venued in the Sixth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated: April 15, 2009

        s/Richard H. Kyle
        RICHARD H. KYLE
        United States District Judge